FILED - USDC -NH
2024 JUL 8 PM 3:27

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Plaintiff(s)

Julie A. Rambow
(aka Julie A. Barker)

v.

Defendant(s)

GMAC Mortgage Corporation

COMPLAINT

## Parties to this Complaint
(boxes will expand as you type)

Plaintiff(s)'s Name, Address and Phone Number

Julie A. Rambow
238 North Main Street
Concord, NH 03301
603-254-6102

Defendant(s)'s Name, Address and Phone Number

GMAC Mortgage Corporation
3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626
714-437-7956

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Box will expand as you type.)

This company illegally and recklessly foreclosed on us, breaking the Federal Truth and Lending Act (Rule 23, FRCP). They obstructed the sale of our marital asset in the Plymouth Family Court, taking it before we settled (September 2008 - July 2009). The property was located at 374 Berry Rd in Alexandria, NH 03222.

**Statement of Claim**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

This business was federally sued in court for defrauding many of the opportunity to sell their homes, ordering people out of their homes with a reckless disregard for situations which required reasonable accommodating, like our case, in which they made my daughter who had a disability homeless. This left a double trauma during our divorce for our four children. In so doing they also aided and abedded in a domestic violence case with the total financial ruin of myself and my children. They had the responsibility to check their broker, Harmon Law Offices and Andrew Harmon, who illegally trespassed to put a (seemingly) legal eviction notice on our door and held an apparent auction on our lawn in front of our kids.

**Relief Requested from the Court**
(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

Order what is just for compensating the cost of our lost house, valued at $349,000.00 and for the cost of future loss of business in flipping our homes we built (which also had sentimental value).
I am now disabled and homeless at the moment because of this. There are no programs practically available to help for their victims of fraudulent foreclosure, so I would ask that they spend the money they profited off of these foreclosures to procure homeless shelters/counseling.

**Jury Demand**

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 7/8/24

Signature: [signature]